ORDERED.

Dated: July 31, 2017

*Roberta A. Colton*
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Bernard Cornelius Jones, Sr.
and Annie Darlene Hawthorne
aka Annie Darlene Hawthorne Jones
aka Annie Hawthorne Jones

        CHAPTER    13
        CASE NO.    8:16-bk-00105-RCT

    Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**FILED BY HMC ASSETS, LLC SOLELY IN ITS CAPACITY**
**AS SEPARATE TRUSTEE OF CAM XI TRUST REGARDING REAL PROPERTY**

THIS CASE came on for consideration upon the Motion For Relief From Stay, regarding real property located at 9116 REGENTS PARK DRIVE TAMPA, FL 33647, and legally described as: LOT 125, PEBBLE CREEK VILLAGE UNIT 4A, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 50, PAGES 69-1 AND 69-2, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA (the "Motion") (Doc. 65).  The Motion was served on interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond.  No party filed a response within the time permitted. Therefore, the court deems the matter unopposed. Accordingly, it is

**ORDERED**:

1. The Motion is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby terminated to permit Creditor HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XI TRUST ("Creditor") to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the real property located at 9116 REGENTS PARK DRIVE TAMPA, FL 33647, LEGALLY DESCRIBED AS: LOT 125, PEBBLE CREEK VILLAGE UNIT 4A, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 50, PAGES 69-1 AND 69-2, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

3. The relief granted permits the Creditor to seek and obtain *in rem* relief against the collateral/property only and does not permit the Creditor to seek or obtain *in personam* relief against the Debtor(s).

4. The request to waive the fourteen (14) day stay imposed by Fed. R. Bankr. P. 4001 (a)(3) is denied.

Attorney Matt Holtsinger is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of this order.