ORDERED.

Dated: August 10, 2017

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　Case No. 8:16-bk-00105-RCT
　　　　　　　　　　　　　　　　　　　　　Chapter 13
BERNARD CORNELIUS JONES, SR. and
ANNIE DARLENE HAWTHORNE

Debtor(s)[1]
_____/

## ORDER DENYING CONFIRMATION AND DISMISSING CASE
(THIS ORDER IS EFFECTIVE ON THE 15TH DAY FOLLOWING DATE OF ENTRY)

THIS CASE came on for a duly-scheduled confirmation hearing on July 31, 2017, to consider confirmation of the proposed Chapter 13 Plan and the Court, having heard argument of counsel and being otherwise duly advised in the circumstances, it is

**ORDERED:**

1.　　This case is DISMISSED without prejudice.

2.　　Notwithstanding any court order to the contrary, the Trustee shall disburse all funds on hand to the Debtor, in care of the Debtor's attorney, where represented by an attorney, and shall thereafter file her final report and upon filing of same, shall be discharged of her duties as Trustee.

3.　　The Debtor may convert this case to a case under another chapter of the

Bankruptcy Code within 14 days of the date of this Order. If the case is not converted within 14 days, the case is dismissed effective on the 15th day after the date of the entry of this Order.

4. The Debtor, the Trustee, or any party in interest, may, within 14 days from the date of this Order, request the Court to examine the fees paid to Debtor's attorney and request disgorgement of any portion deemed excessive. The Court shall retain jurisdiction for this purpose.

5. If the automatic stay imposed by 11 U.S.C. § 362(a) or § 1301 is in effect at the time this Order is entered, the stay is extended 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

6. All pending hearings are canceled with the exception of any scheduled hearing on a Motion for Relief from Stay or on an Order to Show Cause over which the Court reserves jurisdiction.

Kelly Remick, Chapter 13 Standing Trustee, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.
KR/WCH/ra                                                                                               C13T 08/10/17

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.